**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| MANAL ALEISA, et al., | ) | Case No. 5:20cv2383 & 5:20cv2448 |
| Plaintiffs, | ) ) | Judge J. Philip Calabrese |
| v. | ) ) | Magistrate Judge Kathleen B. Burke |
| GOJO INDUSTRIES, INC., | ) ) ) | |
| Defendant. | ) ) | |

## JUDGMENT

The Court filed its Opinion and Order in this matter.  Accordingly, the Court terminates this case pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**SO ORDERED.**

Dated: May 11, 2021

                                               s/ J. Philip Calabrese
                                               United States District Judge
                                               Northern District of Ohio